IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 10-663-4 |
| | : | |
| JAQUEL CREWS | : | |

**O R D E R**

**AND NOW**, this 12th day of January, 2012, upon consideration of Defendant's Motion "For Issuance of Subpoenas *Duces Tecum*" (Docket No. 226), the Government's response thereto, and the Hearing held on January 4, 2012, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:


   S/ JOHN R. PADOVA
John R. Padova, J.