IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 10-663-6 |
| | : | |
| MARK MILLER | : | |

**O R D E R**

**AND NOW**, this 21st day of June, 2012, upon consideration of Defendant's *pro se* "Motion For Judgment of Acquittal Pursuant to Rule 29" (Docket No. 297), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova

John R. Padova, J.